Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Joshua D. Fulop (jfulop@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel for Plaintiff Scanga Woodworking Corp.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SCANGA WOODWORKING CORP.,            )
                                      )
                       Plaintiff,     )   11 CIV 8473 (TPG)
                                      )
            -against-                 )   **CLERK'S CERTIFICATE**
                                      )
LCM GROUP and LEE CUSTOM MILLWORK     )
INC.,                                 )
                                      )
                       Defendants.    )
---------------------------------------------------------------X

   I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on November 22, 2011, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving LCM Group and Lee Custom Millwork Inc., on December 15, 2011, by Theodore Sorokopas of Integra Investigations Services, Ltd., by personal service on Nancy Burger, an authorized employee of both LCM Group and Lee Custom Millwork Inc. Ms. Burger confirmed she was authorized to accept service on behalf of LCM Group and Lee Custom Millwork Inc. Proof of service was filed on December 23, 2011. I further certify that the docket entries indicate that the defendant has not filed an answer or

...served with respect to the complaint herein. The default of the defendant is hereby

...

Dated: New York, New York
February 6, 2012

**RUBY J. KRAJICK**
Clerk of Court

By:_____
Deputy Clerk