Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Joshua D. Fulop (jfulop@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel for Plaintiff Scanga Woodworking Corp.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| SCANGA WOODWORKING CORP., )  |  |
| ) | |
| Plaintiff, ) | 11 CIV 8473 (TPG) |
| ) | |
| -against- ) | **NOTICE OF MOTION** |
| ) | **FOR JUDGMENT BY** |
| LCM GROUP and LEE CUSTOM MILLWORK ) | **DEFAULT** |
| INC., ) | |
| ) | |
| Defendants. ) | |
----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, upon the accompanying Affidavit of Joseph A. Piesco, Jr., sworn to on February 6, 2012, and the exhibits attached thereto, Plaintiff Scanga Woodworking Corp. will move this Court for an Order, pursuant to Rule 55 of the Federal Rules of Civil Procedure, granting judgment by default on the issue of liability against defendants LCM Group and Lee Custom Millwork Inc.  A Proposed Form of Order is attached.

Dated: New York, New York
February 6, 2012

Respectfully submitted,

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _____
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Joshua D. Fulop (jfulop@kasowitz.com)

1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Plaintiff Scanga Woodworking Corp.*