Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Joshua D. Fulop (jfulop@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel for Plaintiff Scanga Woodworking Corp.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
SCANGA WOODWORKING CORP.,            )
                                     )
                         Plaintiff,  )     11 CIV 8473 (TPG)
                                     )
         -against-                   )
                                     )     **AFFIDAVIT OF JOSEPH**
                                     )     **A. PIESCO, JR., ESQ., IN**
LCM GROUP and LEE CUSTOM MILLWORK    )     **SUPPORT OF DEFAULT**
INC.,                                )     **JUDGMENT**
                                     )
                         Defendants. )
---------------------------------------------------------------X

STATE OF NEW YORK      )
                       )  : ss
COUNTY OF NEW YORK     )

Joseph A. Piesco, Jr., Esq., being duly sworn, deposes and says:

1.      I am a member of the Bar of this Court and am a partner of the firm Kasowitz, Benson, Torres & Friedman LLP, counsel for Plaintiff Scanga Woodworking Corp. ("Plaintiff") in the above-captioned matter, and am fully familiar with and have personal knowledge of the facts and circumstances set forth herein.

2.      I submit this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of Plaintiff's application for the entry of a

default judgment, jointly and severally, against Defendants LCM Group and Lee Custom Millwork Inc.

3. This is an action to recover actual and compensatory damages in an amount of not less than $150,000 on each of the first through third causes of action, and punitive damages on the third cause of action, plus costs, attorneys' fees, and pre-judgment and post-judgment interests, no part of which has been paid.

4. This Court has jurisdiction under 28 U.S.C. § 1332(a)(2) inasmuch as there is diversity of citizenship between the parties and the matter in controversy exceeds the sum or value of $75,000.

5. This Court has jurisdiction under 28 U.S.C. § 1331 inasmuch as the action arises under the United Nations Convention on Contracts for the International Sale of Goods, a treaty to which the United States and Canada are signatories.

6. This action was commenced on November 22, 2011, by the filing of the Summons and Complaint. (A true and correct copy of the Summons and Complaint is attached hereto as Exhibit A). The Summons and Complaint was served on each of the Defendants, LCM Group and Lee Custom Millwork Inc., on December 15, 2011, by Theodore Sorokopas of Integra Investigations Services, Ltd., by personal service on Nancy Burger, an authorized employee of both LCM Group and Lee Custom Millwork Inc. Ms. Burger confirmed she was authorized to accept service on behalf of LCM Group and Lee Custom Millwork Inc. Proof of service was filed on December 23, 2011. (A true and correct copy of the Affidavits of Service are attached hereto as Exhibit B).

7. More than 20 days have passed since proper service was effected on

Defendants LCM Group and Lee Custom Millwork Inc. The Defendants have not answered the Complaint, filed motions in connection with the Complaint or otherwise appeared in this action, and the time for the Defendants to answer the Complaint has expired.

8. Neither of the Defendants is a minor, mentally incompetent, or in the military service of the United States.

WHEREFORE, Plaintiff respectfully requests the entry of judgment on liability by default against LCM Group and Lee Custom Millwork Inc., jointly and severally, and the setting of a hearing to determine the amount of damages.

Joseph A. Piesco, Jr.

Sworn to before me this
6th day of February 2012.

Notary Public

EVAN DAVID PARNESS
Notary Public, State of New York
No. 02PA6220964
Qualified in New York County
Commission Expires April 26, 2014