Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Joshua D. Fulop (jfulop@kasowitz.com)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel for Plaintiff Scanga Woodworking Corp.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SCANGA WOODWORKING CORP.,            )
                                     )
                    Plaintiff,       )    11 CIV 8473 (TPG)
                                     )
          -against-                  )
                                     )
LCM GROUP and LEE CUSTOM MILLWORK    )
INC.,                                )
                                     )
                    Defendants.      )
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney with Kasowitz, Benson, Torres & Friedman LLP, attorneys for plaintiff Scanga Woodworking Corp. do hereby certify that on the 6thp day of February, 2012, I caused a true and correct copy of plaintiff's Motion for Default Judgment and supporting papers, dated February 6, 2012, to be served on Defendant LCM Group by U.S. Mail: LCM Group, 425 Alness Street, North York, Ontario, M3J 2T8, Canada; and defendant Lee Custom Millwork Inc. by U.S. Mail: Lee Custom Millwork Inc., 425 Alness Street, North York, Ontario, M3J 2T8, Canada.

_____
Joshua D. Fulop, Esq.

Dated: February 6, 2012

1