UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

SCANGA WOODWORKING CORP.,

                Plaintiff,       11 Civ. 8473 (TPG)

    – against –       **ORDER**

LCM GROUP, et al.,

                Defendants.

------------------------------------------x

      Plaintiff has applied to this court for a default judgment in this breach of contract action. Defendants are Canadian corporations, based in Ontario, Canada. The court has scheduled a hearing on April 26, 2012 to discuss the pending motion for default. Prior to this hearing, the plaintiff is directed to supply the court with sufficient legal authority and evidence demonstrating that defendants have been properly served with process in this action. In particular, plaintiff is directed to address whether its chosen method of service of process—having a Canadian private investigator deliver process to a "coordinator" employed by both defendant corporations—complied with the requirements of federal law and the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters. See, e.g., Jerge v. Potter, No. 99 Civ. 0312E (F), 2000 U.S. Dist. LEXIS 11648, at *4-5 (W.D.N.Y. August 11, 2000) (holding service

- 2 -

insufficient under Hague Convention and Ontario law where documents served on receptionist of Canadian corporation).

    SO ORDERED.

Dated:  New York, New York
        April 3, 2012

*/s/ Thomas P. Griesa*
Thomas P. Griesa
U.S. District Judge