UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCANGA WOODWORKING CORP.,

           *Plaintiff,*

           v.

LCM GROUP and LEE CUSTOM MILLWORK INC.,

           *Defendants.*

CASE NUMBER: 11-CIV-8473

## AFFIDAVIT OF THEODORE SOROKOPAS

I, Theodore Sorokopas, Private Investigator, employed by Integra Investigations Services, Ltd. located at 240 Galaxy Boulevard, Toronto, Ontario, Canada, do hereby make oath and do solemnly swear:

1. That I am over the age of 21 and a non-party to this action;

2. That, on or about December 14, 2011, I was instructed by my manager, Patti Terry, in turn instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn instructed by plaintiffs' attorneys at Kasowitz, Benson, Torres & Friedman LLP, to serve upon Defendants LCM Group and Lee Custom Millwork, Inc. certain service documents that were identified in my prior affidavit of service in this case;

3. That, according to Plaintiffs' attorneys, Defendants LCM Group and Lee Custom Millwork, Inc. are located at 425 Alness Street, North York, Ontario, M3J 2T8, Canada;

4. That, on December 15, 2011, at approximately 12:50 p.m., I traveled to 425 Alness Street in North York, Ontario, where I met with an individual who verbally and affirmatively

identified herself as Nancy Burger, a coordinator with LCM Group and Lee Custom Millwork, Inc.;

5. That Ms. Burger affirmatively stated and confirmed to me that she was duly authorized to accept service on behalf of both LCM Group and Lee Custom Millwork, Inc.;

6. That I handed Ms. Burger the service documents and stated "You have been served with legal process on behalf of Lee Custom Millwork, Inc. and LCM Group";

7. That Ms. Burger accepted the documents and then subsequently gave me her business card, attached hereto as *Exhibit A*, confirming receipt of the documents;

8. That Ms. Burger is a Caucasian female, approximately 35 years old, 5'7" tall, weighing approximately 145 pounds, had shoulder length dark hair, and wore black slacks and a navy blue sweater;

9. That I believe service was effected in this case upon Defendants LCM Group and Lee Custom Millwork, Inc. in accordance with a method prescribed by the internal laws of Ontario, Canada for civil matters within this jurisdiction and thus in accordance with Article 10(b) of the *Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* and in compliance with the laws of the United States; and

10. That, based on the statements made and actions taken by Ms. Burger, along with the context of the situation involved, it reasonably appeared to me that Ms. Burger was, in fact, in charge of Defendants LCM Group and Lee Custom Millwork, Inc.'s offices at the time service was effected.

I, Theodore Sorokopas, declare under penalty of perjury under the laws of the United States that the foregoing statements are true and accurate to the best of my knowledge and belief.

SWORN at Toronto, Ontario, Canada before me on this, the day __9th__ of April, 2012.

_____  
[Signature of Canadian Commissioner of Oaths]

_____  
Theodore Sorokopas, Private Investigator

[Seal of Canadian Commission]



EFSTATHIA LIDAKIS  
Lawyer, Notary Public  
1 Eva Road, Suite 206  
Toronto, Ontario  M9C 4Z5  
416-622-6601

# EXHIBIT A

This is Exhibit........A........referred to in the
affidavit of....Theodore  Sorokopas....
sworn before me, this......9H............
day of........April............20..12....

........E. L........
A COMMISSIONER FOR TAKING AFFIDAVITS
E. LIDAKIS

**Nancy Burger**
Coordinator

Lee Custom Millwork
425 Alness Street
Toronto, ON M3J 2T8

T: 416-663-9888
F: 416-663-2888
www.lcm-group.com       nancy@lcm-group.com

# NANCY BURGER'S BUSINESS CARD

# CONFIRMING RECEIPT OF DOCUMENTS