Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Joshua D. Fulop (jfulop@kasowitz.com)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Counsel for Plaintiff Scanga Woodworking Corp.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/12

----------------------------------------------------------------x
SCANGA WOODWORKING CORP.,                )
                                         )
                    Plaintiff,           )   11 CIV 8473 (TPG)
                                         )
         -against-                       )
                                         )   **ORDER OF**
LCM GROUP and LEE CUSTOM MILLWORK        )   **DEFAULT JUDGMENT**
INC.,                                    )
                                         )
                    Defendants.          )
----------------------------------------------------------------X

   WHEREAS plaintiff Scanga Woodworking Corp. ("Plaintiff") commenced the above-captioned Action on November 22, 2011, by the filing of a Summons and Complaint;

   WHEREAS Plaintiff properly served defendants LCM Group and Lee Custom Millwork Inc. (together, "Defendants") with the Summons and Complaint on December 15, 2011, by personal service in accordance with Rules 4(f)(1) and (h)(2) of the Federal Rules of Civil Procedure and Article 10 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;

   WHEREAS Plaintiff filed the proofs of service with the Court on December 23, 2011;

   WHEREAS Defendants have failed to answer or otherwise respond to the Complaint, and the time for answering the Complaint has expired;

**WHEREAS** on February 6, 2012, Plaintiff moved, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for a judgment by default on the issue of liability against Defendants, jointly and severally (the "Motion");

**WHEREAS** on April 26, 2012, following a hearing, the Court granted the Motion and held an inquest regarding Plaintiff's damages; and

**WHEREAS** Plaintiff has presented documentary proofs and oral testimony to the Court demonstrating the damages it suffered in this matter, and the Court having been satisfied with same.

**NOW THEREFORE, IT IS** on this 15th day of May, 2012 hereby **ORDERED** that, for the reasons set forth on the record on April 26, 2012, a default judgment be entered on the issue of liability against defendants LCM Group and Lee Custom Millwork Inc., jointly and severally; and

**IT IS** further **ORDERED** that plaintiff Scanga does recover from LCM Group and Lee Custom Millwork Inc., jointly and severally, the sum of $133,250.98, plus 9% pre-judgment interest per annum, from September 15, 2011 through April 26, 2012, amounting to $7,359.83, amounting in all to $140,610.81, plus the costs and disbursements of this action, plus post-judgment interest to be calculated in accordance with 28 U.S.C. 1961, and that Plaintiff have execution thereon.

**SO ORDERED.**

Dated: New York, New York
May 15, 2012

_____
Hon. Thomas P. Griesa
United States District Judge